■ LUCIAN J. ROSSI, Appellant, v JOSEPH SAGER et al., Respondents. — Appeal from order, Supreme Court, New York County, entered on March 21, 1980, unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Murphy, P.J., Birns, Bloom and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM GUNN, Appellant. — Judgment of resentence, Supreme Court, New York County, unanimously affirmed. By reason of resentence appellant's appeal from the judgment rendered on November 21, 1978 was vacated and it is from the judgment of resentence only that an appeal lies. No opinion. Concur — Sullivan, J.P., Ross, Markewich, Silverman and Fein, JJ.

■ EMIGRANT SAVINGS BANK, Respondent, et al., Plaintiff, v RITE AID OF NEW YORK, INC., et al., Appellants. — Resettled order, Supreme Court, New York County, entered on November 13, 1980, unanimously affirmed, without costs and without disbursements. The appeal from the order entered on October 20, 1980 is dismissed as having been superseded by the resettled order of November 13, 1980, without costs and without disbursements. No opinion. Concur — Kupferman, J.P., Birns, Sandler and Bloom, JJ.